No. D–1355. IN RE DISBARMENT OF COHEN. It is ordered that Allen C. Cohen, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 93–768. MILWAUKEE BREWERY WORKERS' PENSION PLAN v. JOS. SCHLITZ BREWING CO. ET AL. C. A. 7th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States with respect to Question 1 presented by the petition.

No. 93–908. REICH v. COLLINS, REVENUE COMMISSIONER OF GEORGIA, ET AL. Sup. Ct. Ga. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 93–6250. BRUCE v. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 988] denied.

No. 93–6791. MEIER v. LEVINSON ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 8, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 93–7198. IN RE THOMAS. Petition for writ of habeas corpus denied.

No. 93–6855. IN RE FERRI. Petition for writ of mandamus denied.

No. 93–6790. IN RE SIMS. Petition for writ of mandamus and/or prohibition denied.

No. 92–8876. KENNEDY v. WASHINGTON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 93–349. MUGFORD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.